HOWARD S. GANS, as Trustee in Bankruptcy of MORRIS MOSES, Appellant, *v.* SAMUEL WEINSTEIN et al., Respondents.

*Gans* v. *Weinstein,* 83 App. Div. 358, appeal dismissed
(Argued June 12, 1905; decided June 13, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1903, which reversed an interlocutory judgment of Special Term setting aside a certain sale as fraudulent and granted a new trial.

*Paul M. Herzog* and *Otto M. Goldsmith* for appellant.

*James Harold Warner* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT HAIGHT, VANN and WERNER, JJ.